In the Matter of the Claim of ANNIE SALOTAR, Respondent, against F. NEUGLASS & Co. et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Salotar* v. *Neuglass & Co.*, 188 App. Div. 942, modified.
(Argued January 5, 1920; decided January 20, 1920.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 19, 1919, unanimously affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant's son died from the results of a fall from a stepladder he was using in the course of his employment. The state industrial commission made an award to the mother on the ground that she was a dependent based upon the actual earnings of the deceased. About one year thereafter the case was reopened, additional testimony taken and the award increased on the ground that the deceased, had he lived, would be earning more than at the time of his death.

*T. Carlysle Jones, William H. Foster* and *James B. Henney* for appellants.

*Charles D. Newton, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order of Appellate Division and award of industrial commission modified so as to provide that increase in compensation shall not take effect prior to October 16, 1918, and so modified affirmed, with costs to appellants against the industrial commission; no opinion.

Concur: CHASE, COLLIN, CARDOZO, CRANE and ANDREWS, JJ. Dissenting and voting for affirmance: POUND, J. Not voting: HISCOCK, Ch. J.